| PROB 22 (Rev 2/88) | DOCKET NUMBER *(Tran. Court)* Cr. No. 1995-00079-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR07-85 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DAWN CYNTHIA TONGE WILMINGTON, DELAWARE | DISTRICT DISTRICT OF THE VIRGIN ISLANDS | DIVISION ST. CROIX |
|---|---|---|
| | NAME OF SENTENCING JUDGE RAYMOND L. FINCH | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM January 31, 2005 — TO January 30, 2010 |

OFFENSE

Possession with Intent to Distribute a Controlled Substance

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF THE VIRGIN ISLANDS**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Delaware** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*June 4, 2007*
Date                                                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF DELAWARE**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                     FILED JUN 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE                     United States District Judge