# District Court of the Virgin Islands

## ST. CROIX DIVISION

CR07-85

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| TONGE, DAWN CYNTHIA | Case Number: 1:95CR00079-F-01 |
| | Renne D. Dowling, Esq. |
| | Defendant's Attorney |

THE DEFENDANT pleaded guilty to count I.

**REDACTED**

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841 (a)(1) | Possession with intent to distribute a controlled substance | 11/30/95 | I |

'98 JUN 24 AM :34  RECEIVED

Defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | | |
|---|---|---|
| Defendant's Soc. Sec.: | -8064 | June 17, 1998 |
| Defendant's Date of Birth: | 1975 | Date of Imposition of Judgment |
| Defendant's USM No.: | 03799-094 | |
| Defendant's Mailing Address: | | Raymond L. Finch, District Judge |
| | on CERTIFIED A TRUE COPY THIS 25th DAY OF June 1998 | June 24, 1998 |
| Frederiksted, St. Croix 00840 | | Date Signed |
| Defendant's Residence Address: | ARNOLD | |
| | n  CLERK OF COURT | |
| Frederiksted, St. Croix 00840 | BY _____ DEPUTY | |

DEFENDANT:    TONGE, DA  CYNTHIA
CASE NUMBER: 1:95CR00  9-F-01

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of eighty seven (87) months.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY MARSHAL

DEFENDANT: TONGE, DA CYNTHIA
CASE NUMBER: 1:95CR0C )-F-01

## SUPERVISED RELEASE

Upon release from imprisonment, defendant shall be on supervised release for a term of five (5) years.

Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The drug testing condition is waived based on the court's determination that the defendant poses a low risk of future substance abuse.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on next page).

Defendant shall also comply with the following special conditions:

It is recommended that the deft. Dawn Cynthia Tonge participate in the Bureau of Prisons Financial Responsibiliy Program as a means to pay a minimal fine of Two Thousand ($2,000.00) dollars.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.